AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 02, 2021**

SEAN F. McAVOY, CLERK

MICHAEL ROBINS,

*Plaintiff*

v.

CITY OF EAST WENATCHEE,

*Defendant*

Civil Action No. 2:19-CV-0299-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: the Plaintiff, MICHAEL ROBINS, recover from the Defendant, CITY OF EAST WENATCHEE, the amount of SEVENTY-FIVE THOUSAND dollars ($75,000) (inclusive of all costs and reasonable attorney fees and prejudgment interest), plus post judgment interest at the rate of 0.1% per annum. Judgment is entered in favor of Plaintiff and against Defendant accordingly.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Salvador Mendoza, Jr.

Pursuant to Defendant's Fed. R. Civ. P.68 offer of judgment and Plaintiff's acceptance of the same.

Date: 2/2/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore

*(By) Deputy Clerk*

Sara Gore