AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 24, 2021**

SEAN F. McAVOY, CLERK

Michael L. Robins, )
*Plaintiff* )
v. ) Civil Action No. 2:19-CV-00299-SMJ
)
City of East Wenatchee, )
d/b/a East Wenatchee Police Department, )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of the Plaintiff, MICHAEL ROBINS, and against the Defendant, CITY OF EAST WENATCHEE, in the amount of SEVENTY-FIVE THOUSAND dollars ($75,000), inclusive of all recoverable costs and recoverable attorney fees incurred by the Plaintiff to the date of this judgment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Salvador Mendoza, Jr.
Pursuant to Defendant's Fed. R. Civ. P. 68 offer of judgment and Plaintiff's acceptance of the same.

Date: 2/24/2021

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*

Sara Gore